Mellon National Bank & Trust Co. *v.* Pittsburgh & Lake Erie Railroad Company, Appellant.

Argued September 30, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Herbert Grigsby*, with him *Gordon E. Neuenschwander*, and *Pringle, Bredin, Thomson, Rhodes & Grigsby*, for appellants.

*C. William Berger*, with him *Morris M. Berger*, and *Berger & Berger*, for appellee.

OPINION PER CURIAM, November 9, 1965:
Order affirmed.
Mr. Justice JONES dissents.